1  ROBERT W. FREEMAN
   Nevada Bar No. 03062
2  Email: Robert.Freeman@lewisbrisbois.com
   PAMELA L. McGAHA
3  Nevada Bar No. 08181
   Email: Pamela.McGaha@lewisbrisbois.com
4  CHERYL A. GRAMES
   Nevada Bar No. 12752
5  Email: Cheryl.Grames@lewisbrisbois.com
   **LEWIS BRISBOIS BISGAARD & SMITH** LLP
6  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
7  702.893.3383
   FAX: 702.893.3789
8  *Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| JULIE KITZMAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>                    Defendants. | CASE NO.: 2:19-cv-117-GMN-EJY<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY AND CURRENT PRE-TRIAL DEADLINES PENDING THE OUTCOME OF PRIVATE MEDIATION** |

COME NOW Plaintiff JULIE KITZMAN ("Kitzman") and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm") (together, the "Parties"), by and through their respective counsel of record, and hereby stipulate and make joint application to stay certain discovery and pre-trial deadlines in this matter while the Parties engage in mediation (the "Mediation").

Good cause exists to stay the current discovery and pre-trial deadlines in this matter. Specifically, the Parties have scheduled a Mediation for **October 31, 2019,** which

4841-8320-7849.1

was the earliest date that the Parties, their counsel, and the mediator were all available. The stay of the discovery and pre-trial deadlines will allow the parties to explore the possibility of resolution without incurring the time and expense of ongoing litigation prior to the Mediation.

Within thirty (30) days after completion of the mediation, the Parties will submit a Stipulation and Order reflecting resolution of some or all of the claims and/or advise the Court that the Parties were unable to resolve the claims. The Stipulation and Order will include new discovery and pre-trial deadlines, specifically the deadline for filing dispositive motions and the deadline for filing the Joint Pretrial Order.

DATED this 10th day of October, 2019

BERNSTEIN & POISSON

/s/ Ryan Kerbow
SCOTT L. POISSON, ESQ.
Nevada Bar No. 10188
RYAN KERBOW, ESQ.
Nevada Bar No. 11403
320 S. Jones Blvd.
Las Vegas, Nevada 89107
*Attorneys for Plaintiff JB Myers*

DATED this 10th day of October, 2019

LEWIS BRISBOIS BISGAARD SMITH LLP

/s/ Cheryl A. Grames
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
PAMELA L. McGAHA, ESQ.
Nevada Bar No. 08181
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## ORDER

IT IS SO ORDERED.

Dated this 15 day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

4841-8320-7849.1

2