ROBERT W. FREEMAN
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. McGAHA
Nevada Bar No. 08181
Email: Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Email: Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JULIE KITZMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>    Defendants. | CASE NO.: 2:19-cv-117-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff JULIE KITZMAN ("Plaintiff"), by and through his counsel, BERNSTEIN & POISSON, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be

. . .

. . .

4834-9349-0860.1

dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 6th day of November, 2019    DATED this 22 day of November, 2019

BERNSTEIN & POISSON    LEWIS BRISBOIS BISGAARD SMITH LLP

_____    _____
SCOTT L. POISSON, ESQ.    ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 10188    Nevada Bar No. 03062
RYAN KERBOW, ESQ.    PAMELA L. McGAHA, ESQ.
Nevada Bar No. 11403    Nevada Bar No. 08181
320 S. Jones Blvd.    CHERYL A. GRAMES, ESQ.
Las Vegas, Nevada 89107    Nevada Bar No. 12752
*Attorneys for Plaintiff Kitzman*    6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## ORDER

IT IS HEREBY ORDERED that the above Stipulation for Dismissal with Prejudice, (ECF No. 19), is GRANTED.

DATED this  25  day of November, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court